**FILED**

MAY 08 2014

Clerk, U.S. District Court
District Of Montana
Helena



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| HEATHER ERIN WYLIE,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTANA WOMEN'S PRISON, et al.,<br><br>    Defendants. | CV 13-53-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendations[1] on April 16, 2014. Plaintiff filed objections on May 5, 2014.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] (Doc. 12.)

[2] (Doc. 13.)

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's claims regarding denial of access to the courts, denial of due process, unauthorized communications, nepotism, wrong information in reports, and denial of property without due process are DISMISSED with prejudice.

2. Plaintiff's claims against Defendants Gloria Cowee, Annamae Siegfried-Derrick, Michelle Siegfried, Lisa Grady, Mike Webster, Mark Hartman, and Tricynda Russell are DISMISSED with prejudice.

DATED this 8th day of May, 2014.

SAM E. HADDON
United States District Judge