

**FILED**

JUL 1 4 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| HEATHER ERIN WYLIE,<br><br>        Plaintiff,<br><br>vs.<br><br>MONTANA WOMEN'S PRISON, et al.,<br><br>        Defendants. | CV 13-53-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendations[1] on June 27, 2014. Plaintiff filed objections on July 11, 2014.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] (Doc. 24.)

[2] (Doc. 28.)

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

Plaintiff's claims against Defendant's Montana Women's Prison and the Department of Corrections are DISMISSED with prejudice.

DATED this 14th day of July, 2014.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge