
FILED
NOV 25 2014
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| HEATHER ERIN WYLIE, | |
| Plaintiff, | CV 13-53-BLG-SEH |
| vs. | **ORDER** |
| MONTANA WOMEN'S PRISON, et al., | |
| Defendants. | |

On November 5, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Doc. 36.

-1-

The Court also reviewed Plaintiff's allegations concerning recent events filed on November 5, 2014.[2]

Upon review, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Immediate Cease and Assist Order[3], as construed as a motion for a preliminary injunction, is DENIED.

2. Plaintiff's Motion to Supplement Pleadings[4] is DENIED.

3. Plaintiff's Motion to Join Parties and Amend Pleadings[5] is DENIED.

DATED this 25th day of November, 2014.

SAM E. HADDON
United States District Judge

---

[2] Doc. 35.

[3] Doc. 21.

[4] Doc. 30.

[5] Doc. 32.